**Susan W. TURQUITT, as administratrix of the estate of Phillip Edward Turquitt, deceased, Plaintiff,**

**Isom E. Turquitt, Intervenor–Plaintiff–Appellee,**

v.

**JEFFERSON COUNTY, ALABAMA, Defendant–Appellant,**

**Melvin Bailey, Sheriff of Jefferson County, Alabama, individually and in his official capacity, Jim McCreless, Chief Jailer of Jefferson County, Alabama, individually and in his official capacity, Defendant.**

No. 96–6333.

United States Court of Appeals, Eleventh Circuit.

Dec. 12, 1996.

---

Jeffrey M. Sewell, Charles S. Wagner, Birmingham, AL, for Defendant–Appellant.

James W. Webb, Kendrick E. Webb, Bart Harmon, Webb & Eley, P.C., Montgomery, AL, for Amicus.

Wendy Brooks Crew, Baddley & Crew, Terry McElheny, Birmingham, AL, for Intervenor–Plaintiff–Appellee.

Before HATCHETT, Chief Judge, and TJOFLAT, KRAVITCH, ANDERSON, EDMONDSON, COX, BIRCH, DUBINA, BLACK, CARNES and BARKETT, Circuit Judges.

BY THE COURT:

A member of this court in active service having requested a poll on the appellant's Suggestion of Hearing En Banc and a majority of the judges in this court in active service having voted in favor thereof,

IT IS ORDERED that the above cause shall be heard by this court sitting en banc.